```
  UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 51571
  SUSAN M MCCAULEY
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-6669
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/13/05 and confirmed on 12/16/05.

   2.  The case was dismissed after confirmation, 04/18/2008.

   3.  The Debtor paid a total of $   5360.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US BANK | CURRENT MORTG | .00 | .00 | .00 |
| US BANK | MORTGAGE ARRE | 2624.00 | .00 | 2624.00 |
| AMERICREDIT FINANCIAL | SECURED | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1423.46 | 59.94 | 340.53 |
| CAPITAL ONE BANK | UNSECURED | 831.41 | 35.02 | 198.90 |
| CENTRAL DUPAGE HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR | UNSECURED | NOT FILED | .00 | .00 |
| GREEN CARE INC | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 706.76 | 29.79 | 169.08 |
| NWHC HOFFMAN ESTATES | UNSECURED | 271.00 | 11.44 | 64.83 |
| TELECOM USA | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | FILED LATE | .00 | .00 | .00 |

     Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 2624.00 | .00 | 3232.63 | .00 | 5856.63 |
| PRINCIPAL PAID | 2624.00 | .00 | 773.34 | .00 | 3397.34 |
| INTEREST PAID | .00 | .00 | 136.19 | .00 | 136.19 |
| TOTAL PAID | 2624.00 | .00 | 909.53 | .00 | 3533.53 |

The Debtor's attorney, ROBERT N HONIG                , was allowed $   2700.00
and was paid $    1100.00  direct and $   1600.00  through the plan.

The Trustee received $     226.47 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 07/21/08                          /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```